# BROUSSARD DAVID

JUSTICE. OBTAINED.

**Jerome H. Moroux**
A Professional Law Corporation

Attorneys At Law
557 Jefferson Street
Post Office Box 3524
Lafayette, Louisiana 70502-3524

(337)233-2323 Telephone
(337)233-2353 Fax
(888) 337-2323 Toll Free

July 17, 2018

**_VIA E-MAIL & HAND DELIVERY_**
Hon. Carol B. Whitehurst
United States Magistrate Judge
800 Lafayette St., Suite 3400
Lafayette, Louisiana 70501

RE: Brayton Bayard v. Cameron International, Inc.; Civil Action No.: 6:13-cv-01536
Western District of Louisiana, United States District Court

Dear Judge Whitehurst:

In accordance with Your Honor's Order of June 27, 2018, plaintiff respectfully requests that this letter be deemed sufficient written notice of the plaintiff's acceptance of the Court's remittitur.

Should the Court have any questions or concerns, please do not hesitate to contact my office.

Yours truly,

Jerome H. Moroux

JHM/meh

cc: Mr. Howard Murphy
    Mr. Todd Delcambre