# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 11, 2018

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 18-30884
    Brayton Bayard, et al v. Cameron Incorporated
          USDC No. 6:13-CV-1536

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        */s/ Shea E. Pertuit*
        By: _____
        Shea E. Pertuit, Deputy Clerk
        504-310-7666

cc w/encl:
    Mr. Blake Rossi David Sr.
    Mr. Todd Anthony Delcambre
    Mr. Jerome H. Moroux
    Mr. Howard L. Murphy

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30884

_____

BRAYTON BAYARD,

    Plaintiff - Appellee

v.

CAMERON INTERNATIONAL CORPORATION, incorrectly sued as Cameron Incorporated,

    Defendant-Intervenor Defendant - Appellant

v.

AMERICAN INTERSTATE INSURANCE COMPANY,

    Intervenor Plaintiff - Appellee

_____

Appeal from the United States District Court
for the Western District of Louisiana

_____

**A True Copy**
**Certified order issued Sep 11, 2018**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5ᵀᴴ CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

                              LYLE W. CAYCE, CLERK  
                       United States Court of Appeals  
                          for the Fifth Circuit  
                            /s/ Lyle W. Cayce__

              ENTERED AT THE DIRECTION OF THE COURT